UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD ANTHONY EDWARD DAVIDS,

    Defendant.

INFORMATION

CR 15-250 JRT

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(Improper Entry by Alien)

On or about August 15, 2015, in the State and District of Minnesota, the defendants,

RICHARD ANTHONY EDWARD DAVIDS,

attempted to enter and obtain entry to the United States by willfully false and misleading representation and willful concealment of a material fact, that is, by falsely stating his purpose for entering the United States was to visit the Grand Portage casino and willfully concealing the material fact that he was, in reality, assisting a person known to the United States Attorney, an alien, to enter the United States illegally, all in violation of Title 8, United States Code, Section 1325(a).

Dated: 9-10-2015

ANDREW M. LUGER
United States Attorney

BY: CLIFFORD B. WARDLAW
Assistant U.S. Attorney
Attorney ID No. 183908

SCANNED
SEP 11 2015
U.S. DISTRICT COURT MPLS